**Order entered August 15, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00497-CV

**TUNAD ENTERPRISES INC., Appellant**

**V.**

**MARTIN PALMA D/B/A LIZ PIZZA, Appellee**

**On Appeal from the 417th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 417-00618-2016**

## ORDER

Before the Court is appellee's August 14, 2019 unopposed motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** appellee's brief due on or before October 10, 2019.

/s/      BILL WHITEHILL
          JUSTICE